# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MICHELLE M. BUERGER | § |
| | § Civil Action No. 4:20-CV-51 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| PAT FAGAN, ET AL. | § |

## ORDER DISMISSING CASE

On July 14, 2020, the report of the Magistrate Judge (Dkt. #19) was entered, and each of the Court's attempts to mail Plaintiff a copy of the Magistrate Judge's report has failed; the reports have been returned as undeliverable (Dkts. #20; #21).

LOCAL RULE CV-11(d) sets forth that a *pro se* litigant is responsible for keeping the Clerk advised in writing of his or her current physical address. Plaintiff has failed to provide the Clerk with a current address, as required by the Local Rules of this Court.

A district court may dismiss an action for failure to prosecute or to comply with an order of the court. See generally McCullough v. Lynaugh, 835 F.2d 1126 (5th Cir. 1988); Magnuson v. Electronic Data Systems Corp., 252 F.3d 436, 2001 WL 360841 (5th Cir. 2001); Beard v. Experian Information Solutions Inc., 214 F. App'x 459 (5th Cir. 2007); Fed. R. Civ. P. 41(b). Plaintiff has failed to prosecute this action.

It is, therefore, ORDERED that Plaintiff's case is dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

All relief not previously granted is DENIED.

**IT IS SO ORDERED**.
**SIGNED this 19th day of August, 2020.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE